# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DELTA AIR LINES, a corporation; and DOES 1 to 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KIMBERLY ANN SHROCK, an individual

**To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form**

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/27/2025 10:10 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Nava, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* ~~Torrance Courthouse~~ ~~825 Maple Ave. Torrance, CA 90503~~ TORRANCE COURTHOUSE 825 MAPLE AVENUE TORRANCE, CA 90503 | *(Número del Caso):* 25TRCV00646 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark Ruszecki, Esq; 10200 Culver Blvd. Culver City, Ca. 90232; (310)858-1818

DATE: 02/27/2025                                David W. Slayton, Executive Officer/Clerk of Court        Clerk, by  C. Nava , Deputy
*(Fecha)*                                                                                                 *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*
American LegalNet, Inc.

**For your protection and privacy, please**

**Print This Form**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 242435 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Mark Ruszecki, Esq. <br> FIRM NAME: JAVAHERIAN & RUSZECKI, PC <br> STREET ADDRESS: 10200 Culver Blvd. <br> CITY: Culver City   STATE: CA   ZIP CODE: 90232 <br> TELEPHONE NO.: (310)858-1818   FAX NO.: (310)858-1815 <br> EMAIL ADDRESS: Litigation@jarulaw.com <br> ATTORNEY FOR (name): Plaintiff: KIMBERLY ANN SHROCK | | Electronically FILED by Superior Court of California, County of Los Angeles 2/27/2025 10:10 AM David W. Slayton, Executive Officer/Clerk of Court, By C. Nava, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: ~~825 Maple Ave.~~ TORRANCE COURTHOUSE 825 MAPLE AVENUE TORRANCE, CA 90503
MAILING ADDRESS: ~~825 Maple Ave.~~
CITY AND ZIP CODE: ~~Torrance, CA 90503~~
BRANCH NAME: ~~Torrance Courthouse~~

PLAINTIFF: KIMBERLY ANN SHROCK, an individual

DEFENDANT: DELTA AIR LINES, a corporation; and

[x] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** (Number):
Type (check all that apply):
[ ] **MOTOR VEHICLE**   [x] **OTHER** (specify): Premise Liability
[ ] Property Damage   [ ] Wrongful Death
[x] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000
[x] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER: 25TRCV00646

1. **Plaintiff** (name or names): KIMBERLY ANN SHROCK, an individual
   alleges causes of action against **defendant** (name or names):
   DELTA AIR LINES, a corporation; and DOES 1 to 50, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: KIMBERLY ANN SHROCK v DELTA AIR LINES | CASE NUMBER: 25TRCV00646 |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant *(name):* Delta Air Lines
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| KIMBERLY ANN SHROCK v DELTA AIR LINES | 25TRCV00646 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [x] Other *(specify):*
      Negligent Hiring, Supervision, or Retention of Employee

11. Plaintiff has suffered *(check all that apply)*
   a. [x] wage loss.
   b. [x] loss of use of property.
   c. [x] hospital and medical expenses.
   d. [x] general damage.
   e. [x] property damage.
   f. [x] loss of earning capacity.
   g. [x] other damage *(specify):*
      ACCORDING TO PROOF

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages.
      (2) [ ] punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [x] according to proof.
      (2) [ ] in the amount of: $

15. [x] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   1-15

Date: February 27, 2024

Mark Ruszecki, Esq.
(TYPE OR PRINT NAME)

▶ *Mark Ruszecki*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: KIMBERLY ANN SHROCK v DELTA AIR LINES | CASE NUMBER: 25TRCV00646 |
|---|---|

FIRST **CAUSE OF ACTION—Premises Liability**    Page 4
(number)

ATTACHMENT TO    ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* KIMBERLY ANN SHROCK, an individual
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* February 28, 2023    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

On February 28, 2023, Plaintiff Kimberly Ann Shrock was a paying customer aboard Delta Air Lines plane #867, traveling from LAX to Florida. Shortly after takeoff, Plaintiff went to use the lavatory, when she noticed the door did not close well, she instantly notified flight attendants, and was told that is how they are designed. After entering the lavatory and locking the door, another passenger opened the door and the door struck Plaintiff's head. Her head was caught between the door and wall, thus causing Plaintiff to sustain severe bodily injuries.

Prem.L-2.  ☑  **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
DELTA AIR LINES, a corporation; and

☑ Does 1 to 50

Prem.L-3.  ☑  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
DELTA AIR LINES, a corporation; and

☑ Does 1 to 50

Plaintiff, a recreational user, was   ☐ an invited guest   ☐ a paying guest.

Prem.L-4.  ☐  **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does ____ to ____

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☐ Does ____ to ____

b. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b   ☐ as follows *(names):*
DELTA AIR LINE, a corporation; and DOES 1 to 50

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: KIMBERLY ANN SHROCK v DELTA AIR LINES | CASE NUMBER: 25TRCV00646 |
|---|---|

__SECOND__ CAUSE OF ACTION—General Negligence       Page __5__
(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* KIMBERLY ANN SHROCK, an individual

alleges that defendant *(name):* DELTA AIR LINES, a corporation; and

☑ Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* February 28, 2023
at *(place):* Near 1 World Way, Los Angeles, CA 90045

*(description of reasons for liability):*

On February 28, 2023, Plaintiff Kimberly Ann Shrock was a paying customer aboard Delta Air Lines plane #867, traveling from LAX to Florida. Shortly after takeoff, Plaintiff went to use the lavatory, when she noticed the door did not close well, she instantly notified flight attendants, and was told that is how they are designed. After entering the lavatory and locking the door, another passenger opened the door and the door struck Plaintiff's head. Her head was caught between the door and wall, thus causing Plaintiff to sustain severe bodily injuries.

Defendants and each of them owed Plaintiff Kimberly Ann Shrock a duty to maintain its aircraft, lavatories, and doors contained therein a reasonably safe manner.

Defendants and each of them breached that duty by failing to maintain its aircraft, lavatories, and doors contained therein by not repairing and/or maintaining the lavatory door in a reasonably safe manner and/or condition

Defendants negligence was a substantial factor in causing Plaintiff's harm, injuries, and damages as alleged in this complaint and according to proof.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: KIMBERLY ANN SHROCK v DELTA AIR LINES | CASE NUMBER: 25TRCV00646 |

___THIRD___     **CAUSE OF ACTION—General Negligence**     Page ___6___
(number)     **NEGLIGENT HIRING, SUPERVISION, OR RETENTION OF EMPLOYEE**

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   KIMBERLY ANN SHROCK, an individual

   alleges that defendant *(name):*  DELTA AIR LINES, a corporation; and

   ☑ Does ___1___ to ___50___

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
   on *(date):* February 28, 2023
   at *(place):* Near 1 World Way, Los Angeles, CA 90045

   *(description of reasons for liability):*

   Plaintiff Kimberly Ann Shrock repeats and re-alleged the First and Second cause of action as if set forth in full herin.

   Defendant Delta Air Lines hired attendant one Rosella and head flight attendant Nancy. Rosella and Nancy were informed of the dangerous condition posed by the lavatory door yet failed to take action to prevent injuries that could, and did, occur to Plaintiff while using the lavatory on board. Following Plaintiff's injury in the lavatory, Plaintiff filed an injury report with head flight attendant Nancy, who failed to share a copy of the report with Plaintiff.

   Attendant one Rosella's and head flight attendant Nancy's unfitness and/or incompetence harmed Plaintiff.

   Defendant's negligence in hiring, supervising, or retaining attendant one Rosella and head flight attendant Nancy was a substantial factor in causing Plaintiff's harm.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com